08-CV-05722-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 20 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**HONORABLE FRANKLIN D. BURGESS**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, <br><br> Defendant. | Case No. 3:08-CV-05722-FDB <br><br> ORDER |

Based on the United States' Agreed Motion to Defer the Parties' Initial Disclosures until April 24, 2009, the Court hereby defers the current March 25, 2009, deadline for Initial Disclosures until April 24, 2009.

IT IS SO ORDERED.

Signed this ___ day of March, 2009

_____
UNITED STATES DISTRICT JUDGE

Proposed Order

- 1 -