**HONORABLE FRANKLIN D. BURGESS**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **WASHINGTON STATE DEPARTMENT OF TRANSPORTATION**, <br><br> Defendant. | Case No. 3:08-CV-05722-FDB <br><br><br> **ORDER** |

Having considered Counterclaim-Defendant the United States' Unopposed Motion to Extend the Time to Reply in Support of its Motion for Partial Judgment on the Pleadings, this Court hereby GRANTS the aforementioned Motion, extending the United States' time to file its Reply in Support of its Motion for Partial Judgment on the Pleadings to August 7, 2009, and thereby resetting the note date on the motion calendar for that Motion to August 7, 2009.

IT IS SO ORDERED.

Signed this 29th day of July, 2009

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed Order

- 1 -