1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT TACOMA

7
     UNITED STATES OF AMERICA,              )
8                                           )
             Plaintiff                      )      Case No.: 3:08-cv-05722-FDB
9                                           )
             vs.                            )
10                                          )      **ORDER**
                                            )
11   WASHINGTON STATE DEPARTMENT OF         )
     TRANSPORTATION                         )
12                                          )
13                                          )
             Defendant.                     )

14

15           Having considered Plaintiff United States' Unopposed Motion to Extend the Time to

16   Oppose Defendant Washington State Department of Transportation's Motion for Summary

17   Judgment, this Court hereby GRANTS the aforementioned Motion, extending the United States'

18   time to file its opposition to August 31, 2009, and thereby resetting the note date on the motion

19   calendar for that Motion to September 4, 2009.

20           IT IS SO ORDERED.

21                                          Signed this 30th day of July 2009

22

23

24                                          FRANKLIN D. BURGESS

25                                          UNITED STATES DISTRICT JUDGE

Plaintiff United States' Motion and Proposed Order to        UNITED STATES DEPARTMENT OF JUSTICE
Extend Time to File Opposition To Defendant                 Environment and Natural Resources Division
WSDOT's Motion for Summary Judgment                         P.O. Box 7611, Washington, D.C. 20044-7611
 08CV5722  - 1 -

1

2

3

4

5

6

Plaintiff United States' Motion and Proposed Order to
Extend Time to File Opposition To Defendant
WSDOT's Motion for Summary Judgment
 08CV5722  - 2 -

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611, Washington, D.C. 20044-7611