The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:08-CV-05722-RJB |
| Plaintiff and Counterclaim Defendant, | |
| vs. | SECOND STIPULATION FOR ORDER AMENDING CASE SCHEDULE |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, | |
| Defendant and Counterclaimant. | |

Pursuant to Local Civil Rule 16, the Defendant/Counterclaimant Washington State Department of Transportation ("WSDOT") has conferred and agreed with Plaintiff/Counterclaim Defendant United States of America ("United States") to a limited extension of the fact discovery deadline as outlined below. The grounds for this Stipulation are as follows:

1. The current close of fact discovery is March 5, 2010.

2. On February 2, 2010, WSDOT served Plaintiff United States with 35 additional Requests for Production, and on February 3, 2010, WSDOT served Counterclaim-Defendant United States with 14 additional Requests for Production. Both sets of discovery requests were

SECOND STIPULATION FOR ORDER
AMENDING CASE SCHEDULE—
No. 3:08-CV-05722-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847

served by email pursuant to an agreement between the parties. The agreement does not alter the calculation of response deadlines under the Federal Rules.

3. Local Civil Rule 16(f) provides that "[i]nterrogatories, requests for admissions or production, etc., must be served sufficiently early that all responses are due before" the close of discovery. However, pursuant to Fed. R. Civ. P. 34 and 6(d), the responses to WSDOT's discovery requests are due on March 8, 2010, three days after the close of fact discovery. Nevertheless, the United States has agreed to respond to these discovery requests within the timeframe set by the Federal Rules, and to produce any responsive documents on a rolling basis thereafter.

4. On January 25, 2010, Plaintiff United States served WSDOT with a Fed. R. Civ. P. 30(b)(6) notice for deposition on multiple topics. February 2, 2010, Counterclaim-Defendant United States served WSDOT with a Fed. R. Civ. P. 30(b)(6) notice for deposition on multiple topics.

5. On February 9, 2010, WSDOT agreed to schedule the Fed. R. Civ. P. 30(b)(6) deposition on Plaintiff United States' topics for February 24, 2010. However, on February 22, 2010, WSDOT notified the United States that WSDOT would not be prepared to testify on the majority of plaintiff United States' topics on the originally scheduled date. WSDOT also requested that the 30(b)(6) deposition on Plaintiff United States' topics be conducted concurrently with the 30(b)(6) deposition on Counterclaim-Defendant United States' topics. The only dates that are available for all individuals involved are after the current close of fact discovery.

6. Given these circumstances the parties have agreed to extend the close of fact discovery to **March 12, 2010.**

7. This extension is solely for the following limited purposes:

SECOND STIPULATION FOR ORDER AMENDING CASE SCHEDULE—
No. 3:08-CV-05722-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA 98504-0113
(360) 753-6126 Facsimile: (360) 586-6847

a. Allowing the United States to provide responses under Fed. R. Civ. P. 34 to WSDOT's Second Set of Requests for Production to Plaintiff United States and WSDOT's Second Set of Requests for Production to Counterclaim Defendant United States within the discovery period; and

b. Conducting 30(b)(6) depositions on the topics identified in United States' January 25, and February 2, 2010 notices, and responding to any discovery issues that arise therefrom.

8. This agreement does not affect the obligation to respond to discovery that has been timely served.

9. All other case deadlines will remain unchanged. However, the parties would also like to clarify a potential ambiguity in the Court's August 31, 2009 Amended Minute Order Setting Trial and Pretrial Dates, which did not specify how expert disclosure deadlines would apply to the counterclaim in this case. Pursuant to the August 20, 2009 Stipulation and Order Amending Case Schedule, Plaintiff United States and Counterclaimant WSDOT will file their expert testimony disclosure on April 2, 2010, and Defendant WSDOT and Counterclaim-Defendant United States will file their expert testimony disclosures on June 4, 2010.

**IT IS SO STIPULATED AND SUBMITTED.**

DATED: March 2, 2010.

ROBERT M. MCKENNA
Attorney General

   /s/
DEBORAH L. CADE, WSBA #18329
IAN A. NORTHRIP, WSBA #21105
AMANDA G. PHILY, WSBA #37667
Assistant Attorneys General
Attorneys for Defendant / Counterclaimant WSDOT

SECOND STIPULATION FOR ORDER
AMENDING CASE SCHEDULE—
No. 3:08-CV-05722-RJB

3

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847

THE UNITED STATES

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

    /s/
LAURA A. THOMS
RICHARD S. GREENE
Trial Attorneys, Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611
Washington, DC 20044-7611
(202)305-0260 (Laura Thoms)
(202)514-4112 (Richard Greene)


    /s/
AMANDA SHAFER BERMAN
Trial Attorney, Environmental Defense Section
Environment and Natural Resources Division
PO Box 23986
Washington, DC 20044-23986
(202)514-1950

ROBERT H. FOSTER
Trial Attorney, Environmental Defense Section
Environmental and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
(303)844-1362

Presented by:

    /s/
DEBORAH L. CADE, WSBA #18329
Assistant Attorney General
Transportation and Public Construction Division

SECND STIPULATION FOR ORDER
AMENDING CASE SCHEDULE—
No. 3:08-CV-05722-RJB

4

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA 98504-0113
(360) 753-6126   Facsimile: (360) 586-6847

## **ORDER**

It is so ordered.

DATED this 4th day of March, 2010.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

SECOND STIPULATION FOR ORDER
AMENDING CASE SCHEDULE—
No. 3:08-CV-05722-RJB

5

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847