UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION,<br><br>    Defendant and Counterclaimant. | Case No. 08-5722RJB<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on the above-referenced motion (Dkt. 98). The Plaintiff asserts that the Court committed manifest error regarding two interpretations of provisions within CERCLA. Dkt. 98, p. 1. In accordance with Washington Local Civil Rule 7(h), the Court requests a response, which may be filed on or before August 17, 2010, and any reply may be filed on or before August 19, 2010. The Court will note the matter for reconsideration on August 20, 2010.

IT IS SO ORDERED

The Clerk is directed to send copies of this Order all counsel of record and any party appearing *pro se* at said party's last known address.

DATED this 9th day of August, 2010.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER - 1