HONORABLE ROBERT J. BRYAN

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff and Counterclaim-Defendant <br><br> vs. <br><br> **WASHINGTON STATE DEPARTMENT OF TRANSPORTATION,** <br><br> Defendant and Counterclaimant. | Case No.: C08-5722RJB <br><br> ORDER ON AGREED MOTION TO EXTEND THE BRIEFING SCHEDULE FOR COUNTERCLAIM-DEFENDANT THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESET THE NOTING DATE |

### PROPOSED ORDER

Having considered the Agreed Motion to Extend the Briefing Schedule for Counterclaim-Defendant the United States' Motion for Partial Summary Judgment and Reset the Noting Date, this Court hereby GRANTS the motion, extending the briefing schedule as follows:

- WSDOT will file its Opposition to Counterclaim-Defendant the United States' Motion for Partial Summary Judgment on or before November 4, 2010;
- the United States will file its Reply within fourteen days of WSDOT's Opposition; and
- the noting date for Counterclaim-Defendant's Motion for Partial Summary Judgment will accordingly be reset to Friday, November 19, 2010.

IT IS SO ORDERED

Dated this 22nd day of October, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Proposed Order - 1

PRESENTED BY:

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources
   Division

 /s/   Amanda Shafer Berman
AMANDA SHAFER BERMAN
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington D.C.  20026-3986
Telephone: (202) 514-1950
Fax: 202-514-8865
Email: amanda.berman@usdoj.gov

*Counsel for Counterclaim-Defendant the United States*


ROBERT M. MCKENNA
Attorney General

/s/   Ian A. Northrip
DEBORAH L. CADE, WSBA # 18329
IAN A. NORTHRIP, WSBA # 21105
AMANDA G. PHILY, WSBA #36776
Assistant Attorneys General
Transportation & Public Constr. Division
P.O. Box 40113, 7141 Cleanwater Dr. SE
Olympia, Washington 98504-0113
Phone: (360) 753-4964
Email: IanN@atg.wa.gov

*Counsel for Washington State Department of Transportation*