The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:08-CV-05722-RJB |
| Plaintiff and Counterclaim Defendant, | STIPULATED MOTION FOR ORDER EXTENDING TIME TO FILE PRETRIAL ORDER AND SETTING MOTIONS IN LIMINE DEADLINES |
| vs. | |
| WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, | |
| Defendant and Counterclaimant. | |

Defendant and Counterclaimant Washington State Department of Transportation ("WSDOT") has conferred and agreed with Plaintiff and Counterclaim Defendant United States of America ("United States") to extend the filing date of the proposed pretrial order and to reset the filing deadlines for motions in limine. The grounds for this stipulation are as follows:

1. The current deadline for the proposed pretrial order is January 24, 2011.

2. The parties held the conference of attorneys on January 12, 2011. The exhibit lists are voluminous and the parties are working to stipulate to exhibits. The parties are comparing exhibit lists to ensure exhibits are not duplicated or burdensome to the court.

3. In addition, the parties are attempting to reach agreement on a large number of proposed admitted facts for inclusion in the pretrial order.

STIPULATED MOTION FOR ORDER
EXTENDING TIME TO FILE PRETRIAL
ORDER AND SETTING MOTIONS IN
LIMINE DEADLINES
(No. 3:08-CV-05722-RJB)

1

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847

4. Given these circumstances the parties have agreed to extend the proposed pretrial order deadline to **January 27, 2011**.

5. The parties also agree to the following deadlines for motions in limine:

   a. **January 31, 2011**: motions in limine.

   b. **February 7, 2011**: responses to motions in limine.

6. All other case deadlines will remain unchanged.

**IT IS SO STIPULATED AND SUBMITTED.**

DATED: January 21, 2011.

Presented by:

ROBERT M. MCKENNA
Attorney General

\_\_\_\_/s/_____
DEBORAH L. CADE, WSBA #18329
IAN A. NORTHRIP, WSBA #21105
AMANDA G. PHILY, WSBA #37667
Assistant Attorneys General
Attorneys for Defendant / Counterclaimant WSDOT

Stipulated to by:

THE UNITED STATES

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

\_\_\_\_/s/_____
LAURA A. THOMS
RICHARD S. GREENE
Trial Attorneys, Environmental Enforcement Section
Environment and Natural Resources Division
PO Box 7611
Washington, DC 20044-7611
(202) 305-0260 (Laura Thoms)
(202) 514-4112 (Richard Greene)

STIPULATED MOTION FOR ORDER
EXTENDING TIME TO FILE PRETRIAL
ORDER AND SETTING MOTIONS IN
LIMINE DEADLINES
(No. 3:08-CV-05722-RJB)

2

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847

1
2      /s/
  ────────────────────────────
  AMANDA SHAFER BERMAN
3    Trial Attorney, Environmental Defense Section
  Environment and Natural Resources Division
4    PO Box 23986
  Washington, DC  20044-23986
5    (202) 514-1950

6
  ROBERT H. FOSTER
7    Trial Attorney, Environmental Defense Section
  Environmental and Natural Resources Division
8    1961 Stout Street, 8th Floor
  Denver, CO  80294
9    (303) 844-1362

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR ORDER
EXTENDING TIME TO FILE PRETRIAL
ORDER AND SETTING MOTIONS IN
LIMINE DEADLINES
(No. 3:08-CV-05722-RJB)

3

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126    Facsimile:  (360) 586-6847

1 **ORDER**

2 It is so ordered.

3 DATED this 24th day of January, 2011.

_____
ROBERT J. BRYAN
United States District Judge

STIPULATED MOTION FOR ORDER
EXTENDING TIME TO FILE PRETRIAL
ORDER AND SETTING MOTIONS IN
LIMINE DEADLINES
(No. 3:08-CV-05722-RJB)

4

ATTORNEY GENERAL OF WASHINGTON
Transportation & Public Construction Division
7141 Cleanwater Drive SW
PO BOX 40113
Olympia, WA  98504-0113
(360) 753-6126   Facsimile:  (360) 586-6847