1

HONORABLE ROBERT J. BRYAN

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6

AT TACOMA

7

UNITED STATES OF AMERICA,                    )
8                                            )
          Plaintiff                          )          Case No.: C08-5722RJB
9                                            )
          vs.                                )
10                                           )          **ORDER**
                                             )
11  WASHINGTON STATE DEPARTMENT OF           )
    TRANSPORTATION                           )
12                                           )
13                                           )
          Defendant.                         )

14

15          Having considered Plaintiff the United States' Motion to File a Brief in Excess of

16  Twenty-four Pages, this Court hereby GRANTS the aforementioned Motion, and thereby permits

17  the United States to file a Trial Brief that is up to thirty-eight pages in total length.

18          IT IS SO ORDERED.

19          DATED  this  11th day of February, 2011.

20

ROBERT J. BRYAN

21

United States District Judge

22

23

24

25

1